**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-1354

BRENDA D. LEWIS, M.A.S., J.D.; WILLIAM L.
FLOWERS,

                                    Plaintiffs - Appellants,

          versus

MICROSOFT CORPORATION, a Delaware Corporation,

                                    Defendant - Appellee.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Greenville.  Malcolm J. Howard,
Senior District Judge.  (5:05-cv-00343-H)

Submitted:  March 9, 2007          Decided:  March 29, 2007

Before MICHAEL, MOTZ, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Brenda D. Lewis, William L. Flowers, Appellants Pro Se.  Richard L.
Farley, Christopher Allen Hicks, KATTEN, MUCHIN & ROSENMAN, LLP,
Charlotte, North Carolina; Timothy L. Boller, William O. Ferron,
Jr., SEED INTELLECTUAL PROPERTY LAW GROUP, PLLC, Seattle,
Washington, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brenda D. Lewis, M.A.S., J.D., and William L. Flowers, Jr., appeal the district court's order granting Microsoft Corporation's motions for summary judgment and to dismiss, and denying relief in their civil action in which they alleged various claims concerning trademark infringement.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  Lewis v. Microsoft Corp., No. 5:05-cv-00343-H (E.D.N.C. Jan. 23, 2006).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED